Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Howard Douglas Latimer |
| **Docket Number:** | 1:07CR00148 AWI |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | December 28, 2005 |
| **Original Offense:** | Transportation of Marijuana<br>***(Third District Court in Hermosillo, Sonora, Mexico)*** |
| **Original Sentence:** | 10 years imprisonment and fined 4,535 pesos |
| **Special Conditions:** | None |
| **Type of Supervision:** | 24 months of Supervised Release (TSR) |
| **Supervision Commenced:** | May 24, 2007 |
| **Assistant U.S. Attorney:** | Mark Cullers     **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Marc Ament     **Telephone:** (559) 487-5561 |

**Other Court Action:**

| | |
|---|---|
| **03/05/2007**: | Pursuant to 18 USC 4106A, Prisoner Exchange Treaty with Mexico, the defendant was transferred to FCI La Tuna; Anthony, Texas. |
| **04/17/2007:** | Post Sentence Investigation conducted by the Western District of Texas. |

RE:  LATIMER, Howard Douglas
     Docket Number:  1:07CR00148 AWI
     **PETITION TO MODIFY THE CONDITIONS OF SUPERVISION
     WITH CONSENT OF THE OFFENDER**

| | |
|---|---|
| 05/24/2007: | Released from the Bureau of Prisons after signing the "Transfer Treaty Determination," pursuant to 18 USC 4106A, supervision commenced. |
| 06/06/2007: | Court of Jurisdiction assigned; Eastern District of California - Fresno. |

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1) The defendant shall reside and participate in a residential reentry center, Turning Point, Bakersfield, for a period of up to 180 days; said placement shall commence at the direction of the probation officer pursuant to 18 USC 3563(b)(11).  The defendant shall pay costs of confinement as determined by the Bureau of Prisons.

2) As directed by the probation officer, the defendant shall participate in a correctional treatment program (inpatient or outpatient) to obtain assistance for drug or alcohol abuse.

3) As directed by the probation officer, the defendant shall participate in a program of testing (i.e., breath, urine, sweat patch, etc.) to determine if he has reverted to the use of drugs or alcohol.

4) The defendant shall submit to the search of his person, property, home, and vehicle by a United States Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

**RE:    LATIMER, Howard Douglas**
**Docket Number:  1:07CR00148 AWI**
**PETITION TO MODIFY THE CONDITIONS OF SUPERVISION**
**WITH CONSENT OF THE OFFENDER**

**Justification:** On March 16, 2005, the defendant was arrested in Mexico and subsequently convicted of Transportation of Marijuana (62 kilograms). He was sentenced on December 28, 2005, to a term of 10 years imprisonment. Pursuant 18 USC 4106A, Prisoner Exchange Treaty with Mexico, the defendant was transferred to the United States on March 5, 2007.

On May 24, 2007, the defendant was released from the Bureau of Prisons, and placed on a 24 month term of supervised release. However, the defendant did not have an established release plan, and was in need of shelter. The defendant had last resided in Delano, Kern County, prior to his arrest.

On May 25, 2007, the defendant met with Supervising Probation Officer Rick C. Louviere to further discuss his residential issues. The defendant was in agreement of a voluntary placement in the Turning Point (RRC) facility. The defendant signed the "Waiver of Hearing" requesting immediate placement for a period up to 180 days.

Additionally, to better assist and monitor the defendant during his supervision period, the defendant agreed to the following modifications; thus, waiving his statutory right to a hearing. These modifications include: drug and alcohol treatment; drug and alcohol testing; and search and seizure.

Should the Court have any questions, please do not hesitate to call this officer.

RE:    **LATIMER, Howard Douglas**
       **Docket Number: 1:07CR00148 AWI**
       **PETITION TO MODIFY THE CONDITIONS OF SUPERVISION**
       **WITH CONSENT OF THE OFFENDER**


Respectfully submitted,

/s/ Ben J. Blankenship

**Ben J. Blankenship**
**United States Probation Officer**
Telephone: (559) 734-0317

**DATED:**    June 7, 2007
             Visalia, California


**REVIEWED BY:**    /s/ Rick C. Louviere
                      **Rick C. Louviere**
                      **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( ✖ )   Modification approved as recommended.

( )   Modification not approved at this time. Probation Officer to contact Court.

IT IS SO ORDERED.

**Dated:**   **June 8, 2007**                       /s/ **Anthony W. Ishii**
                                                  UNITED STATES DISTRICT JUDGE